174 A.3d 522

CHANTAL BAUDOUIN, INDIVIDUALLY AND AS GUARDIAN AD
LITEM ON BEHALF OF CASSANDRA BAUDOUIN AND RAC-
HELLE BAUDOUIN, MINOR CHILDREN, PLAINTIFFS-PETI-
TIONERS, v. THE NEW JERSEY TURNPIKE AUTHORITY, ET
AL., DEFENDANT-RESPONDENT, AND TOWNSHIP OF
BLOOMFIELD, ET AL., DEFENDANTS. JOSEPH F. O'CON-
NELL, III, ESQ., AS ADMINISTRATOR OF THE ESTATE OF
JOEL BAUDOUIN, ET AL., PLAINTIFFS-PETITIONERS, v.
THE NEW JERSEY TURNPIKE AUTHORITY, ET AL., DEFEN-
DANT-RESPONDENT, AND TOWNSHIP OF BLOOMFIELD, ET
AL., DEFENDANTS.

C-176 September Term 2017
079482

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003903–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.